CHRISTOPHER J. BOWES, ESQ.
54 Cobblestone Drive
Shoreham, NY 11786
Tel. (212) 979-7575
Fax (631) 929-1700
cjbowes@gmail.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/19/2019
```

November 18, 2019

**MEMO ENDORSED**

Via ECF
Hon Barbara C. Moses
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Arzu v. Saul
19 Civ. 6451 (VSB)(BCM)

Dear Judge Moses:

    I am joining Mr. Kuznicki as co-counsel for the plaintiff in the above-captioned case. I write to request an extension of time, <u>nunc pro tunc</u>, in which to file plaintiff's proposed settlement letter. Plaintiff's papers were due to be filed on November 14, 2018. This is plaintiff's first request for an extension of time.

    We unfortunately neglected to flag this due date on our calendars. We regret the oversight for submission of plaintiff's settlement letter and the consequent delays this causes for the briefing schedule for the Court and opposing counsel. With the kind consent of opposing counsel, Oona Peterson, Esq., I request the following revised schedule:

| | |
|---|---|
| December 2, 2019 | Plaintiff's proposed settlement letter |
| January 13, 2020 | Stipulation of Remand or Joint No Settlement Letter |
| February 13, 2020 | Plaintiff's Motion for Judgment on the Pleadings |
| April 13, 2020 | Defendant's Motion for Judgment on the Pleadings |
| April 27, 2020 | Plaintiff's Reply |

  Thank you for Your Honor's attention to this matter.

Very truly yours,

/s/ Christopher J. Bowes
Christopher J. Bowes, Esq

cc: AUSA Oona Peterson
Assistant Regional Counsel
SSA/Office of the General Counsel – Region II
26 Federal Plaza, Room 3904
New York, NY 10278
Attorney for Defendant

David Kuznicki, Esq.
Attorney for plaintiff

Application GRANTED. SO ORDERED.

_____
Barbara Moses, U.S.M.J.
November 19, 2019