**CHRISTOPHER J. BOWES, ESQ.**
54 Cobblestone Drive
Shoreham, NY 11786
Tel. (212) 979-7575
Fax (631) 929-1700
cjbowes@gmail.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/13/2020
```

February 12, 2020

**MEMO ENDORSED**

Via ECF
Hon Barbara C. Moses
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: <u>Arzu v. Saul</u>
19 Civ. 6451 (VSB)(BCM)

Dear Judge Moses:

    I am writing to request an extension of time in which to file plaintiff's Motion for Judgment on the Pleadings in this case. Plaintiff's papers are due to be filed tomorrow, February 13, 2020. This is plaintiff's second request for an extension of time.

    I am unfortunately behind schedule on this case and need additional time to properly complete Ms. Arzu's papers. With the kind consent of opposing counsel, Oona Peterson, Esq., I respectfully request that the Court approve the following revised schedule:

| | |
|---|---|
| February 20, 2020 | Plaintiff's Motion for Judgment on the Pleadings |
| April 20, 2020 | Defendant's Motion for Judgment on the Pleadings |
| May 4, 2020 | Plaintiff's Reply |

  Thank you for Your Honor's attention to this matter.

Very truly yours,

/s/ Christopher J. Bowes
Christopher J. Bowes, Esq

cc: AUSA Oona Peterson
Assistant Regional Counsel
SSA/Office of the General Counsel – Region II
26 Federal Plaza, Room 3904
New York, NY 10278
Attorney for Defendant

David Kuznicki, Esq.
Attorney for plaintiff

---

Application GRANTED. SO ORDERED.

_(signature)_

Barbara Moses, U.S.M.J.
February 13, 2020