# CHRISTOPHER J. BOWES, ESQ.
## 54 Cobblestone Drive
## Shoreham, NY 11786
Tel. (212) 979-7575
Fax (631) 929-1700
cjbowes@gmail.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/2/2020

**MEMO ENDORSED**

Via ECF
Hon Barbara C. Moses
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Arzu v. Saul
19 Civ. 6451 (VSB)(BCM)

Dear Judge Moses:

    I am writing to request an extension of time, <u>nunc pro tunc</u>, in which to file plaintiff's Motion for Judgment on the Pleadings in this case. Plaintiff's papers were due to be filed on February 20, 2020. This is plaintiff's third request for an extension of time.

    I unfortunately missed this deadline due to a fairly overwhelming workload over the past several weeks during which time I mistakenly marked this case as having been completed and filed. But that was for a different case. I am sorry to the Court and opposing counsel for these delays. With the kind consent of opposing counsel, Oona Peterson, Esq., I respectfully request that the Court approve the following revised schedule:

| | |
|---|---|
| March 9, 2020 | Plaintiff's Motion for Judgment on the Pleadings |
| May 8, 2020 | Defendant's Motion for Judgment on the Pleadings |
| May 29, 2020 | Plaintiff's Reply |

  Thank you for Your Honor's attention to this matter.

Very truly yours,

/s/ Christopher J. Bowes
Christopher J. Bowes, Esq

cc: AUSA Oona Peterson
Assistant Regional Counsel
SSA/Office of the General Counsel – Region II
26 Federal Plaza, Room 3904
New York, NY 10278
Attorney for Defendant

David Kuznicki, Esq.
Attorney for plaintiff

---

Application GRANTED. No further extensions will be granted without compelling circumstances. SO ORDERED.

_____
Barbara Moses, U.S.M.J.
March 2, 2020