# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

MARTHA YOUNG ARZU,

        Plaintiff,      19 **CIVIL** 6451 (VSB)

   -against-        **JUDGMENT**

ANDREW M. SAUL,
Commissioner of Social Security,
        Defendant.

-----------------------------------------------------------X

  It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 12, 2021, the Report and Recommendation was filed on November 20, 2020. Although the Report and Recommendation explicitly provided that "[t]he parties shall have 14 days from this date to file written objections," (R&R 41), neither party filed an objection. The Court has reviewed Judge Moses's thorough and well-reasoned Report and Recommendation for clear error and, after careful review of the record, found none. Accordingly, the Report and Recommendation is adopted in its entirety. Plaintiff's motion for judgment on the pleadings, (Doc. 18), is GRANTED, and Defendant's motion for judgment on the pleadings, (Doc. 20), is DENIED. This case is remanded for further proceedings consistent with the Report and Recommendation.

**Dated:** New York, New York
    May 13, 2021

               **RUBY J. KRAJICK**

               **Clerk of Court**

         **BY:** *K. Mango*

               **Deputy Clerk**