CHRISTOPHER JAMES BOWES, ESQ
54 Cobblestone Drive
Shoreham, New York 11786
Tel.: (212) 979-7575
Fax:  (631) 929-1700
    CJB-8865
Attorney for Plaintiff


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
MARTHA ARZU,                             :   NOTICE OF MOTION
                                             FOR ATTORNEYS FEES
             Plaintiff,                  :   PURSUANT TO
                                             28 U.S.C. § 2412
                                         :
    -against-                                19 Civ. 6451(VSB)(BCM)
                                         :
KILOLO KIJAKAZI,[1]
ACTING COMMISSIONER                      :
of the Social Security Administration,
                                         :
             Defendant.
-----------------------------------------X


 PLEASE TAKE NOTICE that upon the accompanying Declaration of Christopher James Bowes, dated August 11, 2021, plaintiff will move this Court before the Honorable Barbara C. Moses, United States Magistrate Judge presiding, at the United States Courthouse, Southern District of New York, 500 Pearl Street, New York, New York 10007, on submission, for an order:

 (1) Accepting plaintiff's application for reasonable attorney's fees and costs pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. §2412(d), as timely filed; and

---

[1] Pursuant to Fed. R. Civ. P. § 25(d)(1), the new Acting Commissioner of Social Security Administration is automatically substituted as the defendant in this case. See https://www.ssa.gov/agency/commissioner/.

(2) Granting plaintiff leave to defer filing a memorandum of law in support of her application for fees for a period of 60 days to permit the parties an opportunity to reach settlement of the fee issue; and

(3) for such other and further relief as this Court may deem just and proper.

Dated:   Shoreham, New York
         August 11, 2021

                                      Respectfully submitted,


                                      /s/CHRISTOPHER JAMES BOWES, ESQ.
                                      CHRISTOPHER JAMES BOWES, ESQ
                                      54 Cobblestone Drive
                                      Shoreham, New York 11786
                                      Tel.: (212) 979-7575
                                      Fax:  (631) 979-1700
                                         CJB-8865
                                      Attorney for Plaintiff

To:  United States Attorney for the
     Southern District of New York
BY:  Oona Peterson, Esq.
     Special Assistant U.S. Attorney
     26 Federal Plaza, Room 3904
     New York, New York 10278
     Attorneys for Defendant

I am in receipt of Plaintiff's notice of motion for attorney's fees and the declarations of Christopher James Bowes in support of that motion. (Docs. 28-30.) I will accept Plaintiff's application for reasonable attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412(d), as timely filed. Additionally, Plaintiff is granted to leave to defer filing a memorandum of law in support of the application for fees for a period of 60 days to permit the parties an opportunity to reach settlement of the fee issue.

SO ORDERED:

*[signature]*
HON. VERNON S. BRODERICK   8/13/2021
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

    I hereby certify that today, August 11, 2021 I served the foregoing Notice of Motion for Equal Access to justice Act Attorney Fees and Costs upon counsel for the defendant using the CM/ECF electronic filing system and causing a copy to be delivered, electronically, to

        Oona Peterson, Esq.
        Special Assistant U.S. Attorney
        26 Federal Plaza, Room 3904
        New York, New York 10278


        */s/CHRISTOPHER JAMES BOWES, ESQ.*
        Christopher J. Bowes
        Attorney